United States District Court
Southern District of Texas
**ENTERED**
February 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Kevin Pate, | Civil Action No.: 4:22-cv-00308 |
| Plaintiff, | |
| v. | |
| Dufresne Spencer Group, LLC d/b/a Ashley Furniture HomeStore, | |
| Defendant. | |

### FINAL VOLUNTARY DISMISSAL

This Court, having considered the Plaintiff's Unopposed Motion for Order of Dismissal with Prejudice, and for good cause shown, GRANTS the motion and orders pursuant to Federal Rule of Civil Procedure 41(a)(2) that the instant case and all claims that were or could have been asserted herein by Plaintiff Kevin Pate against Dufresne Spencer Group, LLC d/b/a Ashley Furniture HomeStore are dismissed **with prejudice**, with each party to bear their own costs, expenses, and attorneys' fees. (42)

Date: February 3, 2023

Lynn N. Hughes
United States District Judge